| AUSA: | Susan E. Fairchild | Telephone: (313) 226-9577 |
|---|---|---|
| Agent: | Mark I. Vincent | Telephone: (810) 989-5056 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
    v.
Cristian Mihail ENE

Case No. 2:24−mj−30246

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 25, 2024__ in the county of __St. Clair__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about June 25, 2024, in the Eastern District of Michigan, Cristian Mihail ENE, an alien from Romania was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about December 28, 2016, at or near Brownsville Texas, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

*Complainant's signature*

Mark I. Vincent, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  June 28, 2024

*Judge's signature*

City and state:  Detroit, Michigan

Robert J. White, United States District Judge
*Printed name and title*

# AFFIDAVIT

I, Mark I. Vincent, declare the following under penalty of perjury:

1.     I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 14, 2009.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases.  I have also reviewed the official immigration file and system automated data relating to Cristian Mihail ENE, which attests to the following:

2.     Cristian Mihail ENE is a thirty-two-year-old male, native and citizen of Romania, who was witnessed by United States Border Patrol last entering the United States illegally from Canada near East China, Michigan on June 25, 2024, without being admitted, inspected, or paroled by an Immigration Officer.

3.     On October 30, 2016, ENE was encountered by U.S. Border Patrol Agents near Brownsville, Texas. ENE freely admitted to being a citizen of Romania, who had illegally entered the United States from Mexico. ENE was processed for Expedited Removal with a final order date of October 31, 2016.

4.     On December 28, 2016, ENE was removed from the United States to Romania via airplane out of the New York Kennedy Airport.

5.     On May 06, 2022, ENE was encountered by U.S. Border Patrol agents near San Ysidro, California. ENE freely admitted to being a citizen of Romania, who had illegally re-entered the United States from Mexico. ENE's prior order of removal was reinstated. During this encounter ENE claimed fear of returning to his home country of Romania.

6.     On June 06, 2022, the Citizen and Immigration Services granted ENE's credible fear claim.

7.     On August 25, 2022, ENE was released from custody on Order of Supervision due to his fear claim approval.

8. On September 22, 2023, records show that ENE boarded a plane at the John F Kennedy Airport in New York, and departed the United States to Rome, Italy. No records exist of any legal re-entry into the United States after this departure.

9. On June 25, 2024, ENE was encountered by U.S. Border Patrol agents near St. Clair, Michigan. ENE freely admitted to being a citizen of Romania, who had illegally re-entered the United States from Canada after his last departure from the United States on September 22, 2023. During this encounter ENE claimed to have voluntarily departed the United States to Romania after his second arrest by Border Patrol in 2022.

10. ENE'S fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results confirmed that ENE is a citizen of Romania who has been previously removed from the United States. The record checks did not provide any evidence that ENE legally re-entered the United States or had been issued any legal immigration document to allow him to re-enter or remain in the United States.

11. Review of the alien file (A# xxx xxx 021) for ENE, and queries in U.S. Border Patrol computer databases confirm no record exists of ENE obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on September 22, 2023.

12. The aforementioned detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of non-citizens.

13. Based on the above information, I believe there is probable cause to conclude that ENE, is an alien who was found in the United States after having been denied admission, excluded, deported, and removed there from on or about December 28, 2016, at or near Brownsville, Texas. Furthermore, I believe there is probable cause to conclude that ENE, having voluntarily departed the United States to Romania on September 22, 2023 after his second arrest by Border Patrol and not having obtained the express consent from the Attorney General of the

United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto: is in violation of Title 8 U.S.C. § 1326(a).

_____
Mark I. Vincent, Border Patrol Agent
U.S. Department of Homeland Security

Subscribed and sworn to before me in my presence and/or by reliable electronic means.

_____
Honorable Robert J. White
United States District Judge